# WACHTEL & MASYR, LLP

ONE DAG HAMMARSKJOLD PLAZA

885 SECOND AVENUE

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 909-9500

FACSIMILE: (212) 371-0320

EUROPEAN OFFICE
VIA PIER CAPPONI, 19
FLORENCE, ITALY 50132
TELEPHONE: (39) (055) 5048366
FACSIMILE: (39) (055) 5031698

WRITER'S DIRECT DIAL:

(p) (212) 909-9584
(f) (212) 909-9477
jschreibman@wmllp.com

February 17, 2011

**Via Federal Express**

Hon. Joel A. Pisano
United States District Judge
District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: <u>United States v. Holzwanger, et al.;</u> 10 Cr. 714 (JAP)

Dear Judge Pisano:

      Enclosed please find the Memorandum of Law, and accompanying Declaration of Julian D. Schreibman, in support of the Omnibus Motions brought jointly by defendants Mark Holzwanger, Andrew Muhlstock and Stephen Guthartz (the "Moving Defendants"). Because these materials contain grand jury materials they are not being filed ECF. Pursuant to the Government's standing request, the Moving Defendants request that any subsequent filing be under seal.

      The Moving Defendants acknowledge that the enclosed Memorandum of Law exceeds the maximum page limit under the Local Rules of this District. We respectfully ask the Court to accept the lengthier Memorandum of Law in light of the complex nature of the case and in recognition of the fact that it is being submitted on behalf of three defendants.

Respectfully submitted,

Julian D. Schreibman

Cc: AUSA Harvey Bartle, IV
     All defense counsel