8/26/2011
9:05

Jury note #6
of
10-714(JAP)

During a break, may anyone leave the room to walk outside?

#)2

RECEIVED
AUG 25 2011
AT 8:30
WILLIAM T. WALSH, CLERK
M